FILED

07/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0426



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0426

RANDY TEETS,

      Petitioner,

v.

CAPTAIN JASON KOWALSKI,
MISSOULA ASSESSMENT AND
SANCTION CENTER,

      Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: July 17, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court